UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30046

UNITED STATES OF AMERICA )
    Plaintiff )
)
vs. )
)
Albert Innarelli, Michael Bergdoll, Anthony Matos, )
Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, )
Mark McCarthy, James Smith, Jonathan Frederick and )
Joseph Sullivan )
    Defendants )

To the Clerk of the above-named Court:

**<u>APPEARANCE</u>**

Please enter my appearance for the Defendant, Joseph Sullivan, in the above-captioned matter.

THE DEFENDANT
JOSEPH SULLIVAN

By_____
Daniel D. Kelly, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 634648

378204

## CERTIFICATE OF SERVICE

I, Daniel D. Kelly, Esq., hereby certify that on this _29_ day of September, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel:

William M. Welch, U.S. Attorney's Office, 1550 Main Street, Springfield, MA 01103; Vincent A. Bongiorni, 95 State Street, Springfield, MA 01103; Maria R. Durant, Dwyer & Collora, LLP, 600 Atlantic Avenue, 12th Floor, Boston, MA 02210; Steven W. Leary, 95 State Street, Suite 309, Springfield, MA 01103; Mark G. Mastroianni, 95 State Street, Suite 309, Springfield, MA 01103; Mark D. Sullivan, Keyes & Donnellan, P.C., 1243 Main Street, Springfield, MA 01103; Robert T. Santaniello, Santaniello, Posnik & Basile, P.C., 83 State Street, Springfield, MA 01103; Norman C. Michaels, 1500 Main Street, Springfield, MA 01103.

Subscribed under the penalties of perjury.

Daniel D. Kelly, Esq.

378204