UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30046-MAP |
| ) | |
| vs. ) | |
| ) | |
| ALBERT INNARELLI, ET AL., ) | |
| ) | |
| Defendants. ) | |

## PARTIES' JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order.

1.  The parties agree that relief should be granted from the otherwise applicable timing requirements imposed by Local Rule 116.3. This case has been designated a complex case. In addition, defense counsel for the newly charged defendants and defense counsel for those original defendants with new charges have been working out logistics regarding the discovery of additional loan files.

2.  To date, the newly charged defendants -- defendants Corona, Lynch and Zepka -- have not requested discovery under Rule 16(a)(1)(E).

3. At this time, the defendants have not completed their review of all of the automatic discovery. Therefore, the parties believe that it is premature to state whether or not they expect to provide any additional discovery in the future.

4. The parties agree that a motion date should not be set under FRCP 12(c) at this time. Until discovery has been copied and reviewed, the parties are not in a position to set any motion dates. The parties anticipate filing motions. The parties agree that the court should set dates for discovery letters and/or discovery motions.

5. Excludable delay should be ordered under 18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(1), (2), and (3) from the last date of the arraignments upon the Superseding Indictment, which occurred on October 5, 2005, to the present. Given this case's designation as a complex case, no time has run on the Speedy Trial Clock.

6. The parties believe at this point that a trial should be anticipated. At this time, the Government would estimate a trial of two months.

7. A second Interim Status Conference should be set for mid-January, 2006.

Filed this __7__th day of November, 2005.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              */s/ William M. Welch II*
                              WILLIAM M. WELCH II
                              Assistant United States Attorney

For defendant Albert Innarelli


_____
MOIRA L. BUCKLEY, ESQ.
Counsel for defendant Innarelli

For defendant Michael Bergdoll


_____
STEVEN LEARY, ESQ.
Counsel for defendant Bergdoll

For defendant Anthony Matos:


_____
VINCENT BONGIORNI, ESQ.
Counsel for defendant Matos

For defendant Pasquale Romeo


_____
MICHAEL JENNINGS, ESQ.
Counsel for defendant Romeo

For defendant Theodore Jarrett

_____
MARIA DURANT, ESQ.
Counsel for defendant Jarrett

For defendant Mark McCarthy

_____
ROBERT SANTANIELLO, ESQ.
Counsel for defendant McCarthy

For defendant James Smith

_____
JACK ST. CLAIR, ESQ.
Counsel for defendant Smith

For defendant Lawrence Lynch

_____
KEVIN MURPHY, ESQ.
Counsel for defendant Lynch

For defendant Edgar Corona

_____
PAGE KELLY, ESQ.
Counsel for defendant Corona

For defendant Kathryn Zepka

_____
GARY ENSOR, ESQ.
Counsel for defendant Zepka

4

For defendant Jonathan Frederick

_____

MARK ALBANO, ESQ.
Counsel for defendant Frederick

For defendant Joseph Sullivan

_____

DANIEL KELLY, ESQ.
Counsel for defendant Sullivan

CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            November 7, 2005

   I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by faxing said motion to:

Moira L. Buckley, Esq.                      Steven W. Leary, Esq.
Shipman & Goodwin                           95 State Street
One Constitutional Plaza                    Springfield, MA  01103
Hartford, CT  06103-1919

Vincent A. Bongiorni, Esq.                  Michael O. Jennings, Esq.
95 State Street                             73 Chestnut Street
Springfield, MA  01103                      Springfield, MA  01105

Maria Durant, Esq.                          Robert Santaniello, Jr., Esq.
Dwyer & Collora                             Santaniello & Santaniello
600 Atlantic Avenue                         83 State Street
Boston, MA  02210                           Springfield, MA  01103

Jack St. Clair, Esq.                        Kevin G. Murphy, Esq.
73 Chestnut Street                          115 State Street
Springfield, MA  01103                      Springfield, MA  01103

Page Kelly, Esq.                            Gary A. Ensor, Esq.
Federal Public Defender                     34 Bridge Street
408 Atlantic Avenue                         South Hadley, MA  01075
3rd Floor
Boston, MA  02210

Mark J. Albano, Esq.                        Daniel D. Kelly, Esq.
Dalsey, Ferrara & Albano                    Robinson, Donovan, Madden &
73 State Street                                Barry
Springfield, MA 01103                       1500 Main Street
                                            P.O. Box 15609
                                            Springfield, MA  01103


                                            _____
                                            WILLIAM M. WELCH II
                                            Assistant United States Attorney

6