# UNITED STATES DISTRUICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| V. | ) |
|  | ) |
| JOSEPH SULLIVAN, | ) |
| (ALBERT INNARELLI, et al) | ) |
|  | ) |

CRIM. NO. 04-30046-MAP

## APPEARANCE OF COUNSEL

Now comes Counsel for the Defendant, Joseph Sullivan, and files his appearance for all matters pertaining to the above referenced indictment.

Respectfully Submitted,

Thomas A. Kokonowski
21 Stockbridge Street
Springfield, MA  01103
BBO#  564 549
(413)737-9700, 732-3132 fax
Dated:  January 17, 2005