```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA         )
                                 )
              v.                 )  CR NO. 04-30046-MAP
                                 )
ALBERT INNARELLI, ET AL,         )
        Defendants               )
```

ORDER RE: TRIAL

February 13, 2006

PONSOR, D.J.

Magistrate Judge Neiman issued his Final Status Report in this case on January 18, 2006, and counsel will be appearing before this court on March 13, 2006 at 3:00 p.m. for an initial Pretrial Conference. Because of the predicted length of this trial, and as a courtesy to counsel to give them substantial notification of the trial date, the court orders as follows:

> 1. Trial in this case will commence on May 8, 2006 at 10:00 a.m. It will proceed thereafter from 9:00 a.m. to 1:00 p.m., day to day, with afternoon sessions scheduled with prior notice to counsel as the court's docket allows.
>
> 2. Depending on the length of the trial, there may be periods of time when the court will be unavailable to sit on this case. A precise schedule for trial, week by week, will be discussed at the

Pretrial Conference.

3. Counsel are encouraged to contact the court reporter to discuss the possibility of daily copy.

4. Dispositive motions by any Defendant will be filed no later than March 3, 2006 and opposed no later than March 20, 2006.

5. The court will establish a date for hearing on dispositive motions at the conference on March 13. In addition, the court will fix a timetable for filing motions <u>in limine</u>, proposed <u>voir dire</u> questions and proposed jury instructions. The court will also consider the possibility of a short jury questionnaire directed at the issue of potential jurors' availability during May, June and, if necessary, July.

6. The court's current trial schedule makes it highly unlikely that the commencement of this case will be postponed any later than May 8.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge