UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 MAY 31  A 10: 30

U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30046-MAP |
| ) | |
| V. ) | |
| ) | |
| JOSEPH SULLIVAN, ET AL. ) | |
| Defendants ) | MAY 30, 2006 |
| ) | |

## DEFENDANT JOSEPH SULLIVAN'S MOTION TO ENLARGE TIME FOR FILING MOTION RE: APPROPRIATE METHOD OF CALCULATING LOSS

NOW comes Joseph Sullivan, defendant herein, and respectfully requests that the time for filing his motion regarding the loss calculation for purpose of his sentencing, be enlarged to July 28, 2006. The following grounds support this request:

1. Defendant Sullivan's sentencing is scheduled for October 11, 2006. It appears to be the first sentencing of all defendants in the above-referenced case.

2. The additional time is necessary so that a full accounting of the alleged loss amount can be made by the defendant's expert.

3. The additional time is also necessary so that counsel for Mr. Sullivan and counsel for the other defendants may confer with one another regarding the loss calculation to determine whether they can provide the Court with the methodology underlying the calculation that is acceptable to all of the parties. This should significantly narrow, if not eliminate, unnecessary issues.

4. Undersigned counsel has communicated with counsel for the following defendants, all of

whom concur in counsel's request for enlargement of time: Albert Innarelli (James Bergenn and Moira Buckley); Wilfred Changasie (Terry Nagel); Lawrence Lynch (Kevin Murphy); Pasquale Romeo (Michael Jennings); Michael Bergdoll (Steven Leary); and Theodore Jarrett (William Kettlewell). Counsel is in the process is in the process of ascertaining the positions of the remaining defendants.

Wherefore the defendant respectfully requests that the above-described relief be granted.

DATED: May 30, 2006

DEFENDANT,

JOSEPH SULLIVAN
By His Attorney,

Thomas Kokonowski, Esq.
101 State Street, Suite 715
Springfield, MA 01103
Tel. (413) 737-9700
Fax (413) 733-1245

## CERTIFICATE OF SERVICE

I, Thomas Kokonowski, do hereby certify that I have served a copy of the foregoing motion on the following parties electronically and via mail, and have filed the foregoing electronically on this 30th day of May, 2006.

William M. Welch, II
U.S. Attorney's Office
1550 Main Street
Springfield, MA 01103

Kevin G. Murphy, Esq.
115 State Street
Springfield, MA 01103

Vincent A. Bongiorni, Esq.
95 State Street
Springfield, MA 01103

Maria Durant, Esq.
Dwyer & Collora
600 Atlantic Avenue
Boston, MA 02210

Robert Santaniello, Jr., Esq.
Santaniello & Santaniello
83 State Street
Springfield, MA 01103

Mark J. Albano, Esq.
Dalsey, Ferrara & Albano
73 State Street
Springfield, MA 01103

James W. Bergenn & Moira L. Buckley
Shipman and Goodwin LLP
One Constitution Plaza
Hartford, CT 06106

Steven W. Leary, Esq.
95 State Street
Springfield, MA 01103

Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA 01103

Peter M. Murphy, Esq.
101 State Street, Suite 715
Springfield, MA 01103

Jack St. Clair, Esq.
73 Chestnut Street
Springfield, MA 01103

Daniel D. Kelly, Esq.
101 State Street, Suite 715
Springfield, MA 01103

Gary A. Ensor, Esq.
34 Bridge Street
South Hadley, MA 01075

/s/ Thomas Kokonowski
Thomas Kokonowski