UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No. 04-30046-MAP |
| V. | ) | |
| | ) | |
| JOSEPH SULLIVAN | ) | |

## MOTION OF THE DEFENDANT, JOSEPH SULLIVAN, TO CONTINUE SENTENCING

NOW COMES the Defendant, JOSEPH SULLIVAN, in the above-captioned criminal matter and respectfully moves this Honorable Court for an Order continuing the sentencing date presently scheduled for October 11, 2006, and to extend accordingly the present Scheduling Order.

AS REASONS THEREFOR, the defendant, JOSEPH SULLIVAN, through counsel, states that on May 8, 2006, the defendant, JOSEPH SULLIVAN, pled guilty to three counts of the superseding indictment.

SUBSEQUENTLY, counsel did not receive the Governments' statement of relevant facts dated August 16, 2006, until the 17th of August, 2006.

SUBSEQUENTLY, the Government served upon defense counsel a thirty-seven page attachment not previously included in any submittals by the Government, which contains, among other things, a list of alleged fraudulent loans processed through the law office of Joseph Sullivan's co-defendant, Albert Innarelli.

IT APPEARS THE Government will argue, somehow, that the defendant, JOSEPH SULLIVAN, is somehow more culpable with regard to the thirty-seven page attachment, concerning relevant conduct for purposes of the advisory sentencing guidelines.

IN ORDER for JOSEPH SULLIVAN to prepare for and respond to adequately, the Government's assertion that he is responsible for any further conduct which is reflected in the attachment and which, appears to be outside the superseding indictment, he must be permitted time to discover and research further information regarding the allegations put forth by the Government concerning the Defendant's relevant conduct.

WHEREFOR, the defendant, JOSEPH SULLIVAN, prays that the said motion be allowed.

                                  THE DEFENDANT,
                                  JOSEPH SULLIVAN

By: _____
Thomas A. Kokonowski, Esq.
101 State Street, Suite 715
Springfield, MA 01103
(413) 737- 9700 phone
(413) 733-1245 fax
BBO# 564549

## CERTIFICATE OF SERVICE

I, Thomas A. Kokonowski, Esq., hereby certify that a copy of the foregoing had been mailed, first class mail, postage prepaid, this 30th day of August, 2006, to:

Robert T. Santaniello, Esq.
Santaniello & Santaniello, LLC
83 State Street
Springfield, MA 01103

William M. Welch, II, Esq.
U.S. Attorney's Office
1550 Main Street, Suite 310
Springfield, MA 01103

Richard Rinaldi
U.S. Probation Officer
Probation Department
1550 Main Street, Room 212
Springfield, MA 01103

Moira L. Buckley
James W. Bergenn
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

Kevin G. Murphy, Esq.
Pessolano, Dusel, Murphy & Casartello, P.C.
115 State Street
Springfield, MA 01103

Vincent A. Bongiorni, Esq.
95 State Street
Springfield, MA 01103

Maria Durant, Esq.
William H. Kettlewell, Esq.
Dwyer & Collora
600 Atlantic Avenue
Boston, MA 02210

Mark J. Albano, Esq.
Dalsey, Ferrara & Albano
73 State Street
Springfield, MA 01103

Mark Mastroianni, Esq.
Steven W. Leary, Esq.
95 State Street
Springfield, MA 01103

Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA 01103

Peter M. Murphy, Esq.
101 State Street, Suite 715
Springfield, MA 01103

Jack St. Clair, Esq.
73 Chestnut Street
Springfield, MA 01103

Gary A. Ensor, Esq.
34 Bridge Street
South Hadley, MA 01075

Dated: 8/30/06

Thomas A. Kokonowski, Esq.