**Hampden Registry of Deeds   Donald E. Ashe**
**Land Records by Property Adr**

584-0720

| | |
|---|---|
| Property Addr: | 108 RANNEY |
| Search Date: | 08-23-2000 through -- |
| Town: | Springfield |
| Document types: | *ALL |

This may not be a complete listing of activity for the address you are searching. The Registry only began indexing street address information in 1994 and we index the address provided to us by the party recording the document. We have no way of verifying that the address given to us is correct or complete. We provide address information as a search aid only and it should not be relied upon as an accurate reflection of all activity for a given property.

**PROPERTY ADDRESS LIST**

Bk-Pg:11312-6   Recorded: 08-23-2000 @ 1:52:00pm   Inst #: 55206   Chg: N   Vfy: Y   Sec: N

Pages in document: 2
Grp: 1
Type: Deed   Doc$: 49,900.00
Desc: LOT 2 1/135

Town: SPRINGFIELD   Addr: 108 RANNEY ST

Gtor: TRAYNOR, ROBERT G (&O) (Gtor)
Gtor: EVANS, LISA J (&O) (Gtor)
Gtee: LEWIS, SCOTT M (Gtee)  — *orig deed*

---

Bk-Pg:11312-8   Recorded: 08-23-2000 @ 1:52:00pm   Inst #: 55207   Chg: Y   Vfy: Y   Sec: N

Pages in document: 2
Grp: 1
Type: Deed   Doc$: 90,000.00
Desc: LOT 2 1/135

Town: SPRINGFIELD   Addr: 108 RANNEY ST

Gtor: LEWIS, SCOTT M (Gtor)
Gtee: MILLS, ROSETTA (&O) (Gtee)
Gtee: MILLS, LOXELY P (&O) (Gtee)  — *Rosetta's Purchase*

---

Bk-Pg:11312-10   Recorded: 08-23-2000 @ 1:52:00pm   Inst #: 55208   Chg: Y   Vfy: Y   Sec: N

Pages in document: 5
Grp: 1
Type: Mortgage   Doc$: 85,500.00
Desc: LOT 2 1/135

Town: SPRINGFIELD   Addr: 108 RANNEY ST

Gtor: MILLS, ROSETTA (&O) (Gtor)
Gtor: MILLS, LOXELY P (&O) (Gtor)  — *Mortgage in question*
Gtee: EQUICREDIT (Gtee)

Ref By: 01-03-2003 Discharge Of Mortgage in book: 12845-495  — *paid off*

**HOW TO USE THIS PAGE**
To see summaries of the next sequential documents, click on Next>.
To see the previous panel displayed, click on <Previous.
To view an abstract, click on the document icon with "ABS".
To view an image, click on the document icon with "DOC".
To view an abstract of a referenced document, click it's hyperlink.

Most images you will view and/or print will not have marginal reference notations on the image. If you are interested in marginal reference information for a particular instrument/document, check and optionally print the abstract for it. There is no fee for printing abstracts. To

SEP 28, 2006 11:16A          1111111111          page 1

OCT 05, 2006 10:39A Francesca Bowman          41358407720          page 1

| Hampden Registry of Deeds   Donald E. Ashe |
|---|
| Land Records by Property Adr |
| **Property Addr:** 108 RANNEY |
| **Search Date:** 08-23-2000 through - - |
| **Town:** Springfield |
| **Document types:** *ALL |

This may not be a complete listing of activity for the address you are searching. The Registry only began indexing street address information in 1994 and we index the address provided to us by the party recording the document. We have no way of verifying that the address given to us is correct or complete. We provide address information as a search aid only and it should not be relied upon as an accurate reflection of all activity for a given property.

## PROPERTY ADDRESS LIST

Bk-Pg: 12031-518   Recorded: 12-13-2001 @ 3:46:11pm  Inst #: 91810  Chg: Y  Vfy: N  Sec: N

Pages in document: 4
Grp: 1
Type: Mortgage  Doc$: 12,000.00
Desc: LOT 2 1/135

Town: SPRINGFIELD  Addr: 108 RANNEY ST

Gtor: MILLS, ROSETTA (&O) (Gtor)
Gtor: MILLS, LOXLEY P (&O) (Gtor)
Gtee: BENEFICIAL MASSACHUSETTS INC (Gtee)

Ref By: 02-25-2003 Discharge Of Mortgage In book: 12966-291

*[handwritten: 2nd MTG taken + paid off]*

---

Bk-Pg: 12725-485   Recorded: 11-18-2002 @ 1:59:52pm  Inst #: 100567  Chg: N  Vfy: Y  Sec: N

Pages in document: 19
Grp: 1
Type: Mortgage  Doc$: 85,600.00
Desc: LOT 2 1/135

Town: SPRINGFIELD  Addr: 108 RANNEY ST

Gtor: MILLS, LOXLEY P (&O) (Gtor)
Gtor: MILLS, ROSETTA (&O) (Gtor)
Gtee: CENTEX HOME EQUITY CO LLC (Gtee)

Ref By: 07-16-2003 Assignment Of Mtg In book: 13379-507

*[handwritten: New 1st MTG]*

---

Bk-Pg: 12725-504   Recorded: 11-18-2002 @ 1:59:52pm  Inst #: 100568  Chg: Y  Vfy: Y  Sec: N

Pages in document: 5
Grp: 1
Type: Mortgage  Doc$: 21,400.00
Desc: LOT 2 1/135

Town: SPRINGFIELD  Addr: 108 RANNEY ST

Gtor: MILLS, LOXLEY P (&O) (Gtor)
Gtor: MILLS, ROSETTA (&O) (Gtor)
Gtee: CENTEX HOME EQUITY CO LLC (Gtee)

*[handwritten: New 2nd MTG]*

### HOW TO USE THIS PAGE
To see summaries of the next sequential documents, click on Next>.
To see the previous panel displayed, click on <Previous
To view an abstract, click on the document icon with "ABS".
To view an image, click on the document icon with "DOC".
To view an abstract of a referenced document, click it's hyperlink.

OCT 05, 2006 10:39A Francesca Bowman        4135840720        page 2

| Hampden Registry of Deeds    Donald E. Ashe |
|---|
| Land Records by Property Adr |

| Property Addr: | 108 RANNEY |
|---|---|
| Search Date: | 08-23-2000 through - - |
| Town: | Springfield |
| Document types: | *ALL |

This may not be a complete listing of activity for the address you are searching. The Registry only began indexing street address information in 1994 and we index the address provided to us by the party recording the document. We have no way of verifying that the address given to us is correct or complete. We provide address information as a search aid only and it should not be relied upon as an accurate reflection of all activity for a given property.

### PROPERTY ADDRESS LIST

Bk-Pg: 12845-495    Recorded: 01-03-2003 @ 9:50:14am  Inst #: 674  Chg: N  Vfy: N  Sec: N

Pages in document: 1
Grp: 1
Type: Discharge Of Mortgage
Refers to Book: 11312-10

Town: SPRINGFIELD  Addr: 108 RANNEY ST

Gtor: EQUICREDIT (Gtor)
Gtor: NATIONSCREDIT FINANCIAL SERVICES CORP (Gtor)
Gtee: MILLS, ROSETTA (&O) (Gtee)
Gtee: MILLS, LOXELY P (&O) (Gtee)

*[handwritten: Discharge of Mortgage for Case]*

---

Bk-Pg: 12966-291    Recorded: 02-25-2003 @ 7:26:35am  Inst #: 20040  Chg: N  Vfy: Y  Sec: N

Pages in document: 1
Grp: 1
Type: Discharge Of Mortgage
Refers to Book: 12031-518

Town: SPRINGFIELD  Addr: 108 RANNEY ST

Gtor: BENEFICIAL MORTGAGE CO (Gtor)
Gtee: MILLS, ROSETTA (&O) (Gtee)
Gtee: MILLS, LOXLEY P (&O) (Gtee)

---

Bk-Pg: 13901-19    Recorded: 01-15-2004 @ 11:36:26am  Inst #: 4678  Chg: N  Vfy: N  Sec: N

Pages in document: 1
Grp: 1
Type: Mortgage  Doc$: 20,000.00
Desc: RANNEY ST

Town: SPRINGFIELD  Addr: 108 RANNEY ST

Gtor: MILLS, ROSETTA (&O) (Gtor)
Gtor: MILLS, LOXELY P (&O) (Gtor)
Gtee: FIORE, WILLIAM (Gtee)

Ref By: 03-16-2005 Discharge Of Mortgage In book: 14881-153

### HOW TO USE THIS PAGE
To see summaries of the next sequential documuments, click on Next>.
To see the previous panel displayed, click on <Previous.
To view an abstract, click on the document icon with "ABS".
To view an image, click on the document icon with "DOC".
To view an abstract of a referenced document, click it's hyperlink.

Most images you will view and/or print will not have marginal reference notations on the image. If you are interested in marginal reference

| | |
|---|---|
| Hampden Registry of Deeds   Donald E. Ashe | |
| Land Records by Property Adr | |
| Property Addr: | 108 RANNEY |
| Search Date: | 08-23-2000 through - - |
| Town: | Springfield |
| Document types: | *ALL |

This may not be a complete listing of activity for the address you are searching. The Registry only began indexing street address information in 1994 and we index the address provided to us by the party recording the document. We have no way of verifying that the address given to us is correct or complete. We provide address information as a search aid only and it should not be relied upon as an accurate reflection of all activity for a given property.

## PROPERTY ADDRESS LIST

Bk-Pg: 14664-82   Recorded: 12-01-2004 @ 9:19:04am  Inst #: 108649  Chg: Y  Vfy: N  Sec: N

Pages in document: 1
Grp: 1
Type: Tax Taking
Desc: RANNEY ST

Town: SPRINGFIELD  Addr: 108 RANNEY ST

Gtor: **MILLS, ROSETTA (&O) (Gtor)**
Gtor: **MILLS, LOXELY P (&O) (Gtor)**
Gtee: **SPRINGFIELD CITY (Gtee)**

Ref By: 01-19-2005 Certificate Of Redemption In book: **14773-552**

---

Bk-Pg: 14773-552   Recorded: 01-19-2005 @ 3:14:59pm  Inst #: 5018  Chg: N  Vfy: N  Sec: N

Pages in document: 1
Grp: 1
Type: Certificate Of Redemption
Refers to Book: **14664-82**

Town: SPRINGFIELD  Addr: 108 RANNEY ST

Gtor: **SPRINGFIELD CITY (Gtor)**
Gtee: **MILLS, ROSETTA (&O) (Gtee)**
Gtee: **MILLS, LOXELY P (&O) (Gtee)**

---

Bk-Pg: 14881-153   Recorded: 03-16-2005 @ 1:32:10pm  Inst #: 19834  Chg: Y  Vfy: N  Sec: N

Pages in document: 1
Grp: 1
Type: Discharge Of Mortgage
Refers to Book: **13901-19**

Town: SPRINGFIELD  Addr: 108 RANNEY ST

Gtor: **FIORE, WILLIAM (Gtor)**
Gtee: **MILLS, ROSETTE (&O) (Gtee)**
Gtee: **MILLS, LOXELY P (&O) (Gtee)**

### HOW TO USE THIS PAGE
To see summaries of the next sequential documents, click on Next>.
To see the previous panel displayed, click on <Previous.
To view an abstract, click on the document icon with "ABS".
To view an image, click on the document icon with "DOC".
To view an abstract of a referenced document, click it's hyperlink.

Most images you will view and/or print will not have marginal reference notations on the image. If you are interested in marginal reference information for a particular instrument/document, check and optionally print the abstract for it. There is no fee for printing abstracts. To



| Hampden Registry of Deeds   Donald E. Ashe |
| Land Records by Property Adr |

| Property Addr: | 108 RANNEY |
| Search Date: | 08-23-2000 through - - |
| Town: | Springfield |
| Document types: | *ALL |

This may not be a complete listing of activity for the address you are searching. The Registry only began indexing street address information in 1994 and we index the address provided to us by the party recording the document. We have no way of verifying that the address given to us is correct or complete. We provide address information as a search aid only and it should not be relied upon as an accurate reflection of all activity for a given property.

**PROPERTY ADDRESS LIST**

Bk-Pg: 15523-473    Recorded: 11-28-2005 @ 7:23:44am  Inst #: 105497  Chg: N  Vfy: N  Sec: N

Pages in document: 1
Grp: 1
Type: Tax Taking
Desc: RANNEY ST

Town: SPRINGFIELD  Addr: 108 RANNEY ST

Gtor: **MILLS, ROSETTA (&O) (Gtor)**
Gtor: **MILLS, LOXELY P (&O) (Gtor)**
Gtee: **SPRINGFIELD CITY (Gtee)**

No (more) matches found

**HOW TO USE THIS PAGE**
To see summaries of the next sequential documents, click on Next>.
To see the previous panel displayed, click on <Previous.
To view an abstract, click on the document icon with "ABS".
To view an image, click on the document icon with "DOC".
To view an abstract of a referenced document, click it's hyperlink.

Most images you will view and/or print will not have marginal reference notations on the image. If you are interested in marginal reference information for a particular instrument/document, check and optionally print the abstract for it. There is no fee for printing abstracts. To print the abstract, right click on the abstract side (not the left side) and, for Internet Explorer, select "Print".

## CERTIFICATE OF SERVICE

I, Thomas A. Kokonowski, Esq., hereby certify that on this 5th day of October, 2006, a copy of the forgoing has been served in hand to

U.S. Attorney's Office
1550 Main Street, Suite 310
Springfield, MA 01103

Richard Rinaldi
U.S. Probation Officer
Probation Department
1550 Main Street, Room 212
Springfield, MA 01103

Subscribed under the penalties of perjury.

_____
Thomas A. Kokonowski, Esq.