UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM NO. 04-30046-MAP |
| V. | |
| JOSEPH SULLIVAN, ET AL<br>**Defendants** | |

### MOTION OF DEFENDANT JOSEPH SULLIVAN
### TO EXTEND STAY FOR SELF REPORTING

The defendant herein requests that the imposition of sentence be stayed until December 13, 2006 and that he be ordered to self report to the facility designated by the Bureau of Prisons on that date. In support hereof the defendant sets forth the following:

1. The defendant has currently been ordered to report on November 13, 2006.

2. Pursuant to their instructions at his sentencing, the defendant inquired of the U.S. Marshall Service of his designation on November 6, 2006. He learned that the Bureau of Prisons has been behind in making his designation and that he would not be designated by November 13, 2006.

WHEREFORE, the defendant requests a stay for his self reporting to the designated facility until December 13, 2006.

THE DEFENDANT
By His Attorney

*Thomas A. Kokonowski*
Thomas A. Kokonowski, Esq.
101 State St. Suite 715
Springfield, MA 01103
413-575-8468
BBO# 564549

## CERTIFICATE OF SERVICE

I, Thomas A. Kokonowski, Esq., hereby certify that on this 7th day of November, 2006, a copy of the forgoing has been served in hand to

    U.S. Attorney's Office
    1550 Main Street, Suite 310
    Springfield, MA 01103

*/s/ Thomas A. Kokonowski*
Thomas A. Kokonowski, Esq.