UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIM NO. 04-30046-MAP

v.

JOSEPH SULLIVAN, ET AL
**Defendants**

### MOTION OF DEFENDANT JOSEPH SULLIVAN
### TO EXTEND STAY FOR SELF REPORTING

The defendant herein requests that the imposition of sentence be stayed until January 30, 2007 and that he be ordered to self report to the facility designated by the Bureau of Prisons on that date. In support hereof the defendant sets forth the following:

1. The defendant has currently been ordered to report on December 12, 2006.

2. Pursuant to their instructions at his sentencing, the defendant has, again, inquired of the U.S. Marshall Service of his designation and has learned that the Bureau of Prisons has been behind in making his designation and that he would not be designated by December 12, 2006.

3. Additional time is also needed in order to protect his home from foreclosure.

WHEREFORE, the defendant requests a stay for his self reporting to the designated facility until January 30, 2007.

THE DEFENDANT
By His Attorney

Thomas A. Kokonowski, Esq.
101 State St. Suite 715
Springfield, MA 01103
413-737-9700
BBO# 564549

## CERTIFICATE OF SERVICE

I, Thomas A. Kokonowski, Esq., hereby certify that on this 6th day of December, 2006, a copy of the forgoing has been served in hand to

U.S. Attorney's Office
1550 Main Street, Suite 310
Springfield, MA 01103

Richard Rinaldi
U.S. Probation Officer
Probation Department
1550 Main Street, Room 212
Springfield, MA 01103

Subscribed under the penalties of perjury.

*Thomas A. Kokonowski*
Thomas A. Kokonowski, Esq.